UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROODOLPH L. PIERRE-LYS,

                              Petitioner,

            -against-

STATE OF NEW YORK, NEW YORK
COUNTY; AMY COOK, ORLEANS
CORRECTIONAL FACILITY
SUPERINTENDENT,

                              Respondents.

24-CV-2759 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 21, 2024, the Court directed Petitioner to file an amended petition within sixty days. That order specified that failure to comply would result in denial of the petition. Petitioner has not filed an amended petition. Accordingly, the petition is denied.

Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:    November 21, 2024
          New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge