UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROODOLPH L. PIERRE-LYS,

                   Petitioner,

-against-

STATE OF NEW YORK, NEW YORK COUNTY; AMY COOK, ORLEANS CORRECTIONAL FACILITY SUPERINTENDENT,

                   Respondents.

24-cv-2759 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the November 21, 2024, order, the petition is denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 26, 2024
            New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge